640

*M. Daniel* and *J. Ivey Humphrey* for respondents.

No. 577. FREND ET AL. *v.* UNITED STATES. February 13, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Frederick A. Ballard* for petitioners. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *Edward J. Ennis* for the United States.

No. 579. PIKE RAPIDS POWER Co. *v.* MINNEAPOLIS, ST. P. & S. S. M. RY. Co. February 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. James G. Nye* for petitioner. *Mr. John L. Erdall* for respondent.

No. 583. PENNSYLVANIA RAILROAD Co. *v.* TOBIN. February 13, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Frederic D. McKenney, John S. Flannery, G. Bowdoin Craighill, R. Aubrey Bogley,* and *Henry Wolf Bikle* for petitioner. *Mr. Rossa F. Downing* for respondent.

No. 588. UNITED STATES EX REL. CROMWELL *v.* DOYLE, PRESIDENT, BOARD OF EDUCATION, ET AL. February 13, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. William E. Leahy, William J. Hughes, Jr., James A. Cobb,* and *Perry W. Howard* for petitioner. *Messrs. Elwood H. Seal* and *Vernon E. West* for respondents.